# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Earl Matthew Bird | C/A No. 3:09-2689-CMC-JRM |
| Plaintiff, | |
| v. | **ORDER** |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration,[1] | |
| Defendant. | |

In light of the decision of the United States Court of Appeals in *Bird v. Commissioner of Social Security*, 699 F.3d 337(4th Cir. 2012), the court's order and judgment dated March 4, 2011 (Dkt. Nos. 19, 20) are vacated. This action is remanded to the Commissioner for further proceedings consistent with the Fourth Circuit's opinion.

**IT IS SO ORDERED.**

S/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 8, 2013

---

[1] Carolyn W. Colvin is substituted as the Defendant in this action because she became the Acting Commissioner of Social Security on February 14, 2013. As provided in the Social Security Act, "[a]ny action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office." 42 U.S.C. § 405(g).

1